AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| 14TH STREET COALITION; et al. </br> *Plaintiff* </br> v. </br> METROPOLITAN TRANSPORTATION AUTH.; et al. </br> *Defendant* | ) </br> ) </br> )  Case No.  18-CV-2925-PAE </br> ) </br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, City of New York Department of Transportation

Date:  06/20/2018

/s/ Margaret Holden
*Attorney's signature*

Margaret Holden, MH0106
*Printed name and bar number*

New York City Law Department
100 Church Street
New York, NY 10007

*Address*

maholden@law.nyc.gov
*E-mail address*

(212) 356-2309
*Telephone number*

(212) 356-2069
*FAX number*