

**Arthur Z. Schwartz**
Principal Attorney
aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

June 21, 2018

By ECF

Hon. Paul A Engelmayer
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    14th Street Coalition, *et al.* v. MTA, *et al.*
              18 Civ. 2925 (PAE)
              Consent to Filing/Request for Additional Time to File Opposition

Dear Judge Engelmayer:

      The plaintiffs in this case do not, as a matter of procedure, object to defendants Metropolitan Transportation Authority ("MTA") and New York City Transit Authority ("NYCTA") filing a "Corrected Affidavit." We do think that all of the discussion is inappropriate on a Motion to Dismiss, which is supposed to be directed to the pleadings.

      The MTA/NYCTA filing does create a significant addition to the record. We request, therefore, that we be given an additional week (until July 2, 2018) to file our opposition, and that the schedule for Reply Briefs be accordingly pushed back one week.

      Thank you for your courtesy.

                            Respectfully submitted,

                              /s/

                            Arthur Z. Schwartz

AZS:dr

cc:    Philip E. Karmel, Esq.
       Jennifer C. Simon, Assistant U.S. Attorney
       Haley Stein, Assistant Corporation Counsel